IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al*.<br><br>Defendants. | No. 1:25-cv-00347-PLF<br><br>Senior Judge Paul L. Friedman |

### DECLARATION OF JULIA L. TORTI IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Julia L. Torti, hereby declare:

   1.   My name, bar number, office address and telephone number are as follows:

> Julia L. Torti (N.Y. Bar No. 5190699)
> PROTECT DEMOCRACY PROJECT
> 2020 Pennsylvania Ave. NW, Suite # 163
> Washington DC 20006
> Phone: (202) 579-4582
> Fax: (202) 769-3176

   2.   I have been admitted to the following courts and bars:

> New York State Bar
> U.S. Circuit Court of Appeals for the Second Circuit
> U.S. District Court for the Eastern District of New York
> U.S. District Court for the District of Vermont

   3.   I am currently in good standing with all states, courts, and bars in which I am a part. I hereby certify that I have never been denied admission, disbarred, suspended

from practice, reprimanded, denied in good standing, status, or otherwise disciplined by any court, bar association, grievance committee, or administrative body.

    4.    I am not a member of the DC Bar.

    5.    I have not been admitted *pro hac vice* in this Court within the last two years and do not have a pending application for admission into the U.S. District Court for the District of Columbia.

    6.    Though my organization maintains offices in the District of Columbia, I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2025

*/s/ Julia L. Torti*
_____
PROTECT DEMOCRACY PROJECT
Julia L. Torti
2020 Pennsylvania Ave. NW, Suite # 163
Washington DC 20006
Tel: (202) 579-4582
Fax: (202) 769-3176
jules.torti@protectdemocracy.org