UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-347 |

**CONSENT MOTION FOR EXTENSION AND BRIEFING SCHEDULE**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendants respectfully move this Court for an extension of time of 21 days (until May 2, 2025) to respond to the Complaint, ECF No. 1. In support of this motion, Defendants state as follows:

1. Plaintiffs filed their Complaint on February 6, 2025, alleging that planned policy changes to the federal civil service, see Executive Order 14171, "Restoring Accountability to Policy-Influencing Positions within the Federal Workforce," are unlawful. The U.S. Attorney for the District of Columbia was served on February 10, 2025, and Defendants' deadline to respond to the Complaint is April 11, 2025, *see* Fed. R. Civ. P. 12(a)(2).

2. Undersigned counsel represents the Federal Government in other similar litigation challenging Executive Order 14171 and related policies. *Nat'l Treasury Emps. Union v. Trump*, 1:25-cv-00170 (D.D.C.) (complaint filed January 20, 2025); *Public Employees For Environmental Responsibility v. Trump et al*, 8:25-cv-260 (D. Md.) (complaint filed January 28, 2025, Amended

Complaint filed March 12, 2025); *Am. Fed'n of Gov't Emps. v. Trump*, 1:25-cv-00264 (D.D.C.) (complaint filed January 29, 2025).

3. There is good cause for a 21-day extension. Undersigned counsel has a substantial current workload, including having filed two motions to dismiss and opposed a motion for a preliminary injunction since March 4, 2025. Additionally, Plaintiffs' Complaint implicates substantial administrative law issues which Defendants must consider when drafting their response. Finally, undersigned counsel must coordinate litigation strategy between this case and similar challenges. Together, these circumstances constitute good cause for an extension of 21 days (until May 2, 2025) to respond to the Amended Complaint.

4. The requested extension will not delay the proceedings or prejudice any party.

5. On March 25, 2025, Defendants sought the view of Plaintiffs on this Motion, and on March 26, 2025, Plaintiffs consented to the extension if Defendants consented to the following briefing schedule:

   a. Defendants' deadline to respond to the complaint: May 2.
   b. Plaintiffs' deadline to file opposition to any motion to dismiss: 30 days from motion to dismiss filing.
   c. Defendants' deadline to file reply: 14 days from opposition filing.

Defendants agree that Plaintiffs' schedule would best structure briefing of the motion and request that the Court adopt the schedule and Defendants otherwise consent to the proposal.

For the foregoing reasons, good cause exists for the Court to grant this motion, and Defendants respectfully request that the Court grant the requested extension of time until May 2, 2025 for Defendants to respond to the Complaint and the proposed briefing schedule. A proposed order is attached.

Dated: March 27, 2025                          Respectfully submitted,

                                                   YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

<u>/s/ *Jason Altabet*</u>
Jason Altabet
(MD Bar No. 2211280012)
Kevin K. Bell
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-0727
E-mail: Jason.K.Altabet2@usdoj.gov
*Counsel for the United States*

3

**CERTIFICATE OF SERVICE**

On March 27, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically as authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Jason Altabet*
Jason Altabet
(MD Bar No. 2211280012)
Kevin K. Bell
(GA Bar No. 967210)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-0727
E-mail: Jason.K.Altabet2@usdoj.gov
*Counsel for the United States*