UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY
PROJECT, et al.,

     *Plaintiffs,*

     v.

UNITED STATES OFFICE OF PERSONNEL
MANAGEMENT, et al.,

     *Defendants*.

Case No. 1:25-cv-00347-PLF

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Modification of Scheduling Order and the entire record herein and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED.**

It is further **ORDERED** that:

1. The deadlines set forth in the Court's Minute Order dated February 23, 2026 are vacated;

2. Plaintiffs shall file an amended complaint no later than 21 days after the issuance of an executive order moving positions to Schedule Policy/Career;

3. Defendants shall respond to the amended complaint or file a motion to dismiss within 30 days of the amended complaint's filing;

4. Plaintiffs shall file an opposition to any motion to dismiss within 30 days of the motion's filing;

5. Defendants shall file any reply in further support of a motion to dismiss within 14 days of Plaintiffs' opposition being filed.

SO ORDERED this 2ⁿᵈ day of ___April___, 2026.

_____
Hon. Paul L. Friedman
United States District Judge