IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY PROJECT, *et al.*,

Plaintiffs,

v.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,

Defendants.

Case No. 25-00347(PLF)

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants oppose Defendants' motion for a 30-day extension of time to respond to the Amended Complaint. As alleged in the Amended Complaint, Defendants have moved approximately 8,000 career federal government employees to the newly created Schedule Policy/Career ("Schedule P/C"). Am. Compl. ¶ 90. Defendants assert that those employees are no longer afforded the employment protections provided to career federal employees by federal law. *Id.*, ¶¶ 75, 79, 84. Impacted employees have already been chilled in their expression of political views in their personal capacities and the expression of views in their official capacities. ¶ 151.

In light of these real ongoing harms, which began with the issuance of Executive Order 14410 on June 3, 2026, *id.* ¶ 5, and the understanding that Defendants intend to file a motion to dismiss that will further delay discovery and litigation of the claims set forth in the Amended Complaint, Plaintiffs oppose any further delays in this litigation. Nevertheless, although the government previously agreed to the current briefing schedule, as a professional courtesy, and to avoid burdening the Court with this dispute, Plaintiffs offered to agree to a 21-day extension of

Defendants' time to respond to the Amended Complaint, along with a concomitant 21-day extension of the time period for Plaintiffs to respond to the anticipated motion to dismiss. Plaintiffs did not agree to the requested 30-day extension both because they would prefer to move the matter forward expeditiously and because the resultant briefing schedule would run to late October and impede on Plaintiffs' counsel's other professional obligations. Defendants rejected this compromise offer and chose to file the instant motion instead.

Plaintiffs oppose Defendants' requested extension in light of the ongoing harm to impacted federal employees. If the Court is inclined to grant Defendants an extension, Plaintiffs ask that it be for less than the requested 30 days for the reasons described above, and that Plaintiffs be afforded an equivalent extension of their current 30-day time period to oppose any motion to dismiss.

Dated:   July 17, 2026

Respectfully submitted,

By:     /s/ Ori Lev
PROTECT DEMOCRACY PROJECT
Ori Lev (D.C. Bar No. 452565)
Erica J. Newland (D.C. Bar No. 90001983)
Julia L. Torti*
Protect Democracy Project
2020 Pennsylvania Ave. NW, Suite #163
Washington, D.C. 20006
Tel: (202) 579-4582
ori.lev@protectdemocracy.org
erica.newland@protectdemocracy.org
jules.torti@protectdemocracy.org

SELENDY GAY PLLC
Andrew R. Dunlap*
Corey Stoughton (D.C. Bar No. 472867)
Drake Reed*
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
adunlap@selendygay.com

cstoughton@selendygay.com
dreed@selendygay.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*