**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00347-PLF |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

For the reasons stated in the accompanying memorandum of law, Defendants move to dismiss Plaintiffs' amended complaint, in its entirety, for lack of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1).

Dated: August 24, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DIANE KELLEHER
Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
D.C. Bar No. 995500
Chief Litigation Counsel
KEVIN K. BELL
GA Bar No. 967210
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-3240
E-mail: stephen.pezzi@usdoj.gov

*Counsel for the United States*