**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00347-PLF |

**DECLARATION OF COREY STOUGHTON IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO IDENTIFY PLAINTIFFS' DECLARANTS BY PSEUDONYM**

I, Corey Stoughton, pursuant to 28 U.S.C. § 1746, affirm the following:

1. I am an attorney at law licensed to practice in the District of Columbia. I am a member of the law firm of Selendy Gay PLLC, counsel for Plaintiffs Government Accountability Project ("GAP") and National Active and Retired Federal Employees Association ("NARFE") in the above captioned matter. I respectfully submit this Declaration in support of Plaintiffs' Motion For Leave to Identify Plaintiffs' Declarants By Pseudonym.

2. Attached hereto as **Exhibit A** is a true and correct copy of the declaration of Impacted Member 1 under penalty of perjury dated October 21, 2026.

3. Attached hereto as **Exhibit B** is a true and correct copy of the declaration of Impacted Member 2 under penalty of perjury dated October 21, 2026.

4. Attached hereto as **Exhibit C** is a true and correct copy of the declaration of Impacted Member 3 under penalty of perjury dated October 21, 2026.

5. Attached hereto as **Exhibit D** i is a true and correct copy of the declaration of Impacted Member 4 under penalty of perjury dated October 21, 2026.

6. Attached hereto as **Exhibit E** is a true and correct copy of the declaration of Impacted Member 5 under penalty of perjury dated October 21, 2026.

7. Attached hereto as **Exhibit F** is a true and correct copy of the declaration of Impacted Member 6 under penalty of perjury dated October 21, 2026.

8. Attached hereto as **Exhibit G** is a true and correct copy of the declaration of Impacted Member 7 under penalty of perjury dated October 21, 2026.

9. Counsel for Plaintiffs have unaltered signed copies of each declaration available for inspection by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 23, 20226
London, United Kingdom

*s/ Corey Stoughton*
Corey Stoughton