# Exhibit A

**DECLARATION OF IMPACTED MEMBER 1**

I, Impacted Member 1, affirm:

1. I make this statement based on personal knowledge, information, and belief, and if called as a witness could testify competently thereto.

2. I am a current career federal government employee. I was not appointed by the President and was hired into a career position that was not expected to change with changing Presidential administrations.

3. I am fearful of naming the precise agency I work for because I do not want to be identified and retaliated against for executing this declaration.

4. I am an office director at my agency. I am a GS-15 employee.

5. On June 5, 2026, I was notified by my agency that my position was being reclassified into Schedule Policy/Career ("Schedule P/C"). On June 15, 2026, I received an SF-50 that stated I had been converted to an excepted service appointment retroactively on June 3, 2026.

6. Prior to being moved into Schedule P/C, I was not provided advanced notice that my position would be moved or an opportunity to be heard as to why my position was not of a "confidential, policy-determining, policy-making, or policy advocating character."

7. I understand that now that my position has been reclassified into Schedule P/C, I have lost the employment protections I had under the Civil Service Reform Act (CSRA) and am an "at will employee" for my department.

8. In fact, as part of my reclassification, I was required to sign a memorandum indicating that I understood that I was being moved into the excepted service and that my position would now be at-will. I felt pressured into signing the acknowledgement for fear that I would lose my job if I did not.

9. In the past, I have always felt comfortable providing candid advice to my leadership, including making recommendations about policy proposals and proposed courses of action, providing feedback, and raising concerns. My civil service protections have always made me feel confident that I would continue to be employed so long as I provided accurate advice, worked to support the administration's position once a decision was made, and performed my job well.

10. After being reclassified into Schedule P/C, I have become more cautious about the type of advice I give and the concerns or considerations that I raise. Part of my job is to assess risk and say the things that people may not necessarily want to hear. But now I am aware of the heightened risk of participating in internal debates or raising concerns and think carefully about whether to offer my opinion. It is always in the back of my mind whether the opinion I offer could be used against me.

11. I believe that good government requires good internal debate and willingness to question a proposed approach. I worry about how Schedule P/C impacts the ability of my agency, and other agencies, to make good governance decisions.

12. Because I have fewer appeal rights since being moved into a Schedule P/C position, I would also have more concerns about coming forward as a whistleblower should I witness activities or learn of information that should be disclosed. I fear that I would be fired and that any agency-level whistleblower protections would not be acknowledged or upheld.

13. I have also been informed by my supervisors that my agency has received a request to provide data on GS-14 and GS-13 positions that may be reclassified into Schedule P/C. I know that my agency has provided this information for a second round of reclassification, but I do not know when it might happen. Some people I supervise are in positions that are being considered for this second round of reclassification. They often worry about what will happen to them if they are converted to Schedule P/C, which has had a negative impact on morale on my team and across the agency.

14. I am a current member of the National Active and Retired Federal Employees Association (NARFE) and joined NARFE before June 24, 2026.

15. I am requesting to proceed under pseudonym in this case because I fear that proceeding under my given name will invite retaliation from the current administration. Given the many actions this administration has taken against individuals who speak out against things that the current administration is doing that could be considered unfair or illegal, I fear that the government will retaliate against me by firing me or moving me into a different position.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of October, 2026.

/s/ Impacted Member 1

Impacted Member 1