# Exhibit B

**DECLARATION OF IMPACTED MEMBER 2**

I, Impacted Member 2, affirm:

1. I make this statement based on personal knowledge, information, and belief, and if called as a witness could testify competently thereto.

2. I am a current career federal government employee. I was not appointed by the President and was hired into a career position that was not expected to change with changing Presidential administrations.

3. I am fearful of naming the precise agency I work for because I do not want to be identified and retaliated against for executing this declaration.

4. I am a supervisor at my agency. I am a GS-13 employee.

5. In June 2026, I was notified by my agency that my position was being reclassified into Schedule Policy/Career ("Schedule P/C").

6. Prior to being moved into Schedule P/C, I was not provided advanced notice that my position would be moved or an opportunity to be heard as to why my position was not of a "confidential, policy-determining, policy-making, or policy advocating character."

7. I understand that now that my position has been reclassified into Schedule P/C, I have lost the employment protections I had under the Civil Service Reform Act (CSRA) and am an "at will employee" for my department.

8. In fact, as part of my reclassification, I was required to sign a memorandum indicating that I understood that I was being moved into the excepted service, and that my position would now be at-will.

9. In the past, I have always felt comfortable providing candid advice to my leadership. My civil service protections have always made me feel confident that I would continue to be employed so long as I provided accurate advice and performed my job well.

10. After being reclassified into Schedule P/C, I have become more cautious in how I interact with leadership and the recommendations that I make. I often consult with my immediate supervisors before making a recommendation to see if they think it will be viewed as disruptive or if it could make me a target for retaliation.

11. I am a current member of the National Active and Retired Federal Employees Association (NARFE) and joined NARFE before June 24, 2026.

12. I am requesting to proceed under pseudonym in this case because I fear that proceeding under my given name will invite retaliation from the current administration, including termination. Given the countless actions this administration has taken against individuals who oppose it, including other federal employees, I fear that by speaking out against Schedule P/C, the White House could reach out to the head of my agency to remove me from my position because I would be viewed as disloyal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of October, 2026

/s/ Impacted Member 2

IMPACTED MEMBER 2