# Exhibit C

**DECLARATION OF IMPACTED MEMBER 3**

I, Impacted Member 3, affirm:

1. I make this statement based on personal knowledge, information, and belief, and if called as a witness could testify competently thereto.

2. I am a current career federal government employee. I was not appointed by the President and was hired into a career position that was not expected to change with changing Presidential administrations.

3. I am fearful of naming the precise agency I work for because I do not want to be identified and retaliated against for executing this declaration.

4. My current job title is Supervisory Attorney Advisor. I am a GS-15 employee.

5. On June 10, 2026, I was notified by my agency that my position was reclassified into Schedule Policy/Career ("Schedule P/C"), effective June 3, 2026.

6. Prior to being moved into Schedule P/C, I was not provided advanced notice that my position would be moved or an opportunity to be heard as to why my position was not of a "confidential, policy-determining, policy-making, or policy advocating character."

7. I understand that now that my position has been reclassified into Schedule P/C, I have lost the employment protections I had under the Civil Service Reform Act (CSRA) and am an "at will employee" for my department.

8. In fact, as part of my reclassification, I was required to sign a memorandum indicating that, as a condition of my continued employment, I understood that I was being moved into the excepted service and that my position would now be at-will.

9. My reclassification to Schedule P/C has impacted my willingness to make political donations. It is so easy to track political donations, and I am worried that any history of donations could be used against me. I recently witnessed agency's leadership decline to hire a candidate for a career position. The candidate had made donations to the Democratic Party and I believe that was a factor in their decision-making.

10. I would also be more hesitant to come forward as a whistleblower now that I am an at-will employee, particularly if the impacts of my whistleblowing would implicate someone who is politically connected or could otherwise get me fired.

11. I am a current member of the National Active and Retired Federal Employees Association (NARFE) and joined NARFE before June 24, 2026.

12. I am requesting to proceed under pseudonym in this case because I fear that proceeding under my given name will invite retaliation from the current administration. I am most worried about losing my job but also fear that I could be targeted for harassment, including a possible nuisance criminal investigation, civil lawsuit, or other public disparagement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of October, 2026,

/s/ Impacted Member 3

IMPACTED MEMBER 3