# Exhibit D

**DECLARATION OF IMPACTED MEMBER 4**

I, Impacted Member 4, affirm:

1. I make this statement based on personal knowledge, information, and belief, and if called as a witness could testify competently thereto.

2. I am a current career federal government employee. I was not appointed by the President and was hired into a career position that was not expected to change with changing Presidential administrations.

3. I am fearful of naming the precise agency I work for because I do not want to be identified and retaliated against for executing this declaration.

4. My job title is Supervisory International Relations Officer. I am a GS-15 employee.

5. On June 5, 2026, I was notified by my agency that my position was being reclassified into Schedule Policy/Career ("Schedule P/C").

6. Prior to being moved into Schedule P/C, I was not provided advanced notice that my position would be moved or an opportunity to be heard as to why my position was not of a "confidential, policy-determining, policy-making, or policy advocating character."

7. I understand that now that my position has been reclassified into Schedule P/C, I have lost the employment protections I had under the Civil Service Reform Act (CSRA) and am an "at will employee" for my department.

8. In fact, as part of my reclassification, I was required to sign a memorandum indicating that I understood that I was being moved into excepted service, and that my position would now be at-will.

9. In the past, I have always felt comfortable providing candid advice to my leadership. My civil service protections have always made me feel confident that I would continue to be employed so long as I provided accurate advice and performed my job well.

10. After being reclassified into Schedule P/C, I have become more cautious about how I speak and act at work. Recently, some of my efforts to raise concerns have not been well-received by political leadership. I am afraid that if I continue to speak up or raise concerns I could be singled out for voicing disagreement. I worry that offering my opinion could be labeled as poor conduct that leads to disciplinary action against me.

11. I have been told that my agency is planning a second round of moves of additional positions into Schedule P/C, but I have not received any additional information about that move.

12. I am a current member of the National Active and Retired Federal Employees Association (NARFE) and joined NARFE before June 24, 2026.

13. I am requesting to proceed under pseudonym in this case because I fear that proceeding under my given name will invite retaliation from the current administration. Given the countless actions this administration has taken against individuals who oppose it, and the lack of a definition of "conduct issues" under Schedule P/C, I fear that the government will retaliate against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of October, 2026,

/s/ Impacted Member 4

IMPACTED MEMBER 4