# Exhibit E

# DECLARATION OF IMPACTED MEMBER 5

I, Impacted Member 5, affirm:

1. I make this statement based on personal knowledge, information, and belief, and if called as a witness could testify competently thereto.

2. I am a current career federal government employee. I was not appointed by the President and was hired into a career position that carried the expectation of continued employment beyond the presidential administration during which I was hired.

3. I am fearful of naming the precise agency I work for because I do not want to be identified and retaliated against for executing this declaration.

4. My job title is Supervisory Grant Management Specialist. I am a GS-15 employee.

5. On June 5, 2026, I was notified by my agency that my position was being reclassified into Schedule Policy/Career ("Schedule P/C").

6. Prior to being moved into Schedule P/C, I was not provided advanced notice that my position would be moved or an opportunity to be heard as to why my position was not of a "confidential, policy-determining, policy-making, or policy advocating character."

7. I understand that now that my position has been reclassified into Schedule P/C, I have lost the employment protections I had under the Civil Service Reform Act (CSRA) and am an "at will employee" for my department.

8. In fact, as part of my reclassification, I was required to sign a memorandum indicating that I understood that I was being moved into the excepted service, and that my position would now be at-will.

9. In the past, I have always felt comfortable providing candid advice to my leadership. My civil service protections have always made me feel confident that I would continue to be employed so long as I provided accurate advice and performed my job well.

10. After being reclassified into Schedule P/C, I have become more cautious about how I speak and act at work. I am more guarded and mindful of my actions and decisions. I am very concerned about retaliation and don't want to give anyone cause to fire me.

11. Schedule P/C also reduces my willingness to come forward as a whistleblower in the event I learn of information that needed to be disclosed because I no longer have whistleblower protections under the CSRA.

12. Being reclassified to Schedule P/C has also impacted my ability to find a new federal employment position. I have applied for positions in other agencies that are similar to my current position, but was notified that I was ineligible because I was in the excepted service due to my conversion to Schedule P/C. When I tried to correct this issue and explain that I still maintain my "competitive status" with HR, they were confused about how to handle applications from applicants currently in a Schedule P/C position, which required further elevation of my application. I am very concerned that my conversion to Schedule P/C will impact my career prospects and desire to be in a position back in the "competitive service."

13. When my agency initially informed us that they would be implementing Schedule P/C, we were told that the conversion of positions would start with GS-15s, but that additional tranches of positions would be moved as implementation progressed.

14. I am a current member of the National Active and Retired Federal Employees Association (NARFE) and joined NARFE before June 24, 2026.

15. I am requesting to proceed under pseudonym in this case because I fear that proceeding under my given name will invite retaliation from the current administration. Given the countless actions this administration has taken against individuals who oppose it, including other federal employees, I fear that the government will retaliate against me through reassignment, demotion, or even termination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of October, 2026,

/s/ Impacted Member 5

IMPACTED MEMBER 5