# Exhibit F

**DECLARATION OF IMPACTED MEMBER 6**

I, Impacted Member 6, affirm:

1. I make this statement based on personal knowledge, information, and belief, and if called as a witness could testify competently thereto.

2. I am a current career federal government employee. I was not appointed by the President and was hired into a career position that was not expected to change with changing Presidential administrations.

3. I am fearful of naming the precise agency I work for because I do not want to be identified and retaliated against for executing this declaration.

4. I am a Supervisory Analyst with decades of experience. I am a GS-15 employee.

5. On June 3, 2026, I was notified by my agency that my position was being reclassified into Schedule Policy/Career.

6. Prior to being moved into Schedule Policy/Career, I was not provided advanced notice that my position would be moved or an opportunity to be heard as to why my position was not of a "confidential, policy-determining, policy-making, or policy advocating character."

7. I understand that now that my position has been reclassified into Schedule P/C, I have lost the employment protections I had under the Civil Service Reform Act (CSRA) and am an "at will employee" for my department.

8. In fact, as part of my reclassification, I was required to sign a memorandum indicating that I understood that I was being moved into the excepted service, that my position would now be at-will.

9. In the past, I have always felt comfortable providing candid advice to my political leadership. I believe in having candid conversations and sharing my views and subject matter expertise with political leadership and in prior administrations I regularly did so. My civil service protections have always made me feel confident that I would continue to be employed so long as I provided accurate advice and performed my job well.

10. Now, because my position has been moved to Schedule P/C, I am much more careful about the issues that I will raise with my supervisors and when I will take the risk of

raising questions about their decisions. My threshold has changed–I would only really risk such a challenge if it was a grave health or safety matter.

11. I have also had to inform the employees that report to me that I have been placed in Schedule P/C and that, as a result, I can no longer advocate for them in the same way because of the risk that I could be fired if I am not perceived as loyal.

12. While our team still has an obligation to tell the truth, provide correct data, and stand behind our systems, I am no longer able to advocate for concerns that my team may have that conflict with the opinions or decisions of our leadership. This also impacts the ability of my team members to speak freely about their concerns.

13. My reclassification to Schedule P/C has also impacted my speech outside of work. I used to be very active on social media and was quick to call out misinformation from any administration. But since being moved to Schedule P/C I avoid posting anything that could be perceived as a critique of the administration or its priorities.

14. I have also been informed that my agency intends to move additional positions into Schedule P/C. Recently, we received Requests for Information identifying additional positions that were nominated for reclassification, including many positions on my team. I have been told that I will be required to notify my team when the reclassification occurs, but I haven't been asked to do so yet.

15. I am concerned that continuing to move more positions into Schedule P/C will negatively impact my agency. The work that we do relies on the candid advice and evaluations of myself and my colleagues. Employees who are moved to Schedule P/C can no longer act as independent evaluators. And I do not believe my colleagues will feel comfortable raising serious concerns with their supervisors or with the Office of General Counsel, as it is not an independent or unbiased office. I am concerned that this means that individuals will not come forward to blow the whistle if serious issues arise.

16. I am a current member of the National Active and Retired Federal Employees Association (NARFE) and joined NARFE before June 24, 2026.

17. I am requesting to proceed under pseudonym in this case because I fear that proceeding under my given name will invite retaliation from the current administration. Given the countless actions this administration has taken against individuals who oppose it, including other federal employees, I fear that the government will terminate me if I am identified.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of October, 2026,

/s/ Impacted Member 6

IMPACTED MEMBER 6