# Exhibit G

**DECLARATION OF IMPACTED MEMBER 7**

I, Impacted Member 7, affirm:

1. I make this statement based on personal knowledge, information, and belief, and if called as a witness could testify competently thereto.

2. I am a current GS-15 career federal government employee. I was not appointed by the President and was hired into a career position that carried the expectation of continued employment beyond the presidential administration during which I was hired.

3. I am fearful of naming the precise agency I work for because I do not want to be identified and retaliated against for executing this declaration.

4. On June 3, 2026, I was notified by my agency that my position was being reclassified into Schedule Policy/Career ("Schedule P/C").

5. Prior to being moved into Schedule P/C, I was not provided advanced notice that my position would be moved or an opportunity to be heard as to why my position was not of a "confidential, policy-determining, policy-making, or policy advocating character."

6. I understand that now that my position has been reclassified into Schedule P/C, I have lost the employment protections I had under the Civil Service Reform Act (CSRA) and am an "at will employee" for my department.

7. In fact, as part of my reclassification, I was required to sign a memorandum indicating that I understood that I was being moved into the excepted service, and that my position would now be at-will.

8. In the past, I have always felt comfortable providing candid advice to my leadership. My civil service protections have always made me feel confident that I would continue to be employed so long as I provided accurate advice and performed my job well.

9. After being reclassified into Schedule P/C, I have become more cautious about how I speak and act at work. I think about being reclassified to Schedule P/C all the time and my at-will status impacts how I interact with my supervisors and what I say at work. I understand how quickly things could go south for me if I am perceived as not being loyal to the administration.

10. Being reclassified to Schedule P/C has also impacted my speech and conduct outside of work. I do not post anything political on social media anymore out of fear that it could be used against me.

11. I have first-hand knowledge of a second round of positions at my department being moved into Schedule P/C. Our department was given a list of GS-13, 14, and 15 positions to review that were identified to be included in the next round of reclassification and asked to flag any positions that we believed did not meet the Schedule P/C definition. I do not know when the next round of positions will be announced, but it is my understanding that it will be happening.

12. I am a current member of the National Active and Retired Federal Employees Association (NARFE) and joined NARFE before June 24, 2026.

13. I am requesting to proceed under pseudonym in this case because I fear that proceeding under my given name will invite retaliation from the current administration. I am concerned that I will be terminated by my department if I am identified even though I am very good at my job. I know that under Schedule P/C, doing my job well might not be enough and I could be targeted by a supervisor who disagrees with or dislikes my decision to speak up.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of October, 2026,

/s/ Impacted Member 7

IMPACTED MEMBER 7