**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00347-PLF |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to Identify Plaintiffs' Declarants by Pseudonym, it is hereby

**ORDERED** that the Motion is **GRANTED**, and Plaintiffs may identify the declarants referenced in the Motion by pseudonym in their declarations, briefs, and other filings in this action; and it is further **ORDERED** that Plaintiffs' pseudonymous declarations, filed as exhibits to the Declaration of Corey Stoughton in Support of Plaintiffs' Motion for Leave to Identify Plaintiffs' Declarants by Pseudonym, ECF Nos.___, are deemed filed as exhibits to and in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss, ECF No. __. Plaintiffs need not separately refile those declarations.

**SO ORDERED** this _____ day of ________, 202_.

____________________________
United States District Judge