**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00347-PLF |

**DECLARATION OF COREY STOUGHTON IN SUPPORT OF PLAINTIFFS' OPPOSTION TO DEFENDANTS' MOTION TO DISMISS**

I, Corey Stoughton, pursuant to 28 U.S.C. § 1746, affirm the following:

1. I am an attorney at law licensed to practice in the District of Columbia. I am a member of the law firm of Selendy Gay PLLC, counsel for Plaintiffs Government Accountability Project ("GAP") and National Active and Retired Federal Employees Association ("NARFE") in the above captioned matter. I respectfully submit this Declaration in Support of Plaintiffs' Memorandum Of Law In Opposition to Defendants' Motion to Dismiss.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the declaration of John Hatton under penalty of perjury dated October 21, 2026.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the declaration of Thomas Devine under penalty of perjury dated October 21, 2026.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the declaration of Erez Reuveni under penalty of perjury dated October 21, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 23, 2026
London, United Kingdom

*s/ Corey Stoughton*
Corey Stoughton