# Exhibit 1

**DECLARATION OF JOHN HATTON**

I, John Hatton, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. I am the Staff Vice President, Policy and Programs at the National Active and Retired Federal Employees Association ("NARFE"). I have been in this position since 2021 and have been employed by NARFE since 2010.

3. I am familiar with the Executive Order 14171 "Restoring Accountability to Policy-Influencing Positions Within the Federal Workforce" issued on January 20, 2025 ("2025 EO"), which reinstated and amended Executive Order 13957, and the June 3, 2026, Executive Order 14410 "Implementing Schedule Policy/Career in the Excepted Service." (together the "Executive Orders"). I am also familiar with the Office of Personnel Management's 2026 regulation "Improving Performance, Accountability and Responsiveness in the Civil Service," 91 Fed. Reg. 5580 (Feb. 6, 2026) (the "Final Rule").

4. NARFE is a non-profit organization incorporated in the District of Columbia with its headquarters in Alexandria, Virginia.

5. NARFE's mission is to promote the general welfare of current federal civilian employees and federal retirees and their survivors, to advise and assist them with respect to their federal benefits, to provide counseling and educational services to its members, and to represent their interest before appropriate authorities. NARFE's mission is also to monitor and support legislation and regulations beneficial to current and retired federal civilian employees and their survivors and to oppose those detrimental to their interest, and to cooperate with other organizations and associations in furtherance of these general objectives.

6. NARFE's membership consists of approximately 116,000 current and former federal employees. Of those, up to 12,000 are current federal employees.

7. NARFE has members currently employed by the federal government in career positions that have been moved into Schedule Policy/Career ("Schedule P/C') by EO 14410 ("Impacted Members"), including Impacted Members 1, 2, 3, 4, 5, 6, and 7.

8. In July 2024, NARFE embarked on an ongoing campaign to increase its membership, at a substantial cost, with an emphasis on pursuing active federal employees for membership. Active federal employee members are likely to be younger and maintain their memberships for longer than retired or former employee members and thus present a greater lifetime value to NARFE.

9. Since January 2025, more than 4,000 active federal employees have joined NARFE and NARFE's share of total and new members who are current federal employees was higher in 2025 than it had been in 2024.

10. In conjunction with this membership drive, NARFE has been creating additional resources that are likely to be of interest to current federal employees, with the goal of making a NARFE membership more appealing to active federal employees.

11. The Executive Orders, the Final Rule, and the actions they direct will result in a smaller federal workforce consisting of fewer long-term employees. Employees transferred to Schedule PC will be terminable at will and therefore more likely to leave the federal workforce with each change of Administration. Job security is also among the primary reasons current NARFE members join the federal government and without such security, current federal employees are unlikely to stay with the federal government for as long.

12. Because the federal benefits about which NARFE advises its members are accrued with longevity of employment, the conversion of thousands of federal jobs into at-will positions likely to change with Presidential administrations will erode the pool of individuals potentially interested in NARFE membership, given NARFE's mission of educating its members on federal benefits. Short-term employees who do not intend to stay and do not accrue benefits are unlikely to join NARFE or, if they do, to maintain their membership. For example, political appointees do not tend to join NARFE. As a result, NARFE's membership drive will have a smaller target audience and fewer active federal employees from which to seek members. NARFE will have to have a higher rate of success in recruiting active federal employees to achieve the same overall recruitment targets.

13. One of the primary benefits that NARFE provides to its members is the NARFE Federal Benefits Institute, a members-only resource for information about federal retirement, health, and other benefits available to current and former federal employees. One component of the Federal Benefits Institute is access to a members-only personal assistance phone line. Since the issuance of Executive Order 14171, the phone line has experienced an increase in outreach, with a 102 percent increase in phone inquiries comparing the five business days from January 21 through January 27, 2024, to the five business days from January 22 through January 26, 2025. Following the issuance of the Final Rule on February 6, 2026, NARFE also experienced a fifty percent increase in phone inquiries over its average call volume. This increased outreach included questions regarding the impact of Schedule P/C.

14. This substantial increase in call volume detracted from NARFE's ability to focus resources on other components of the Federal Benefits Institute, including responding to questions about federal benefits through the members-only phone line, developing additional written materials for members, expanding on frequently asked questions to post on NARFE's website, or drafting additional updates for NARFE's weekly e-newsletter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2026.

DocuSigned by:
John Hatton
816A6F7FD7EE49C...

John Hatton