**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00347-PLF |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, it is hereby

**ORDERED** that the Motion is **DENIED.**

**SO ORDERED** this _____ day of ________, 202_.

______________________________

United States District Judge