**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00347-PLF |

**PLAINTIFFS' NOTICE OF SUPPLMENTAL AUTHORITY**

Plaintiffs submit this Notice of Supplemental Authority to notify the Court of a recent opinion relevant to Defendants' pending Motion to Dismiss, which was issued subsequent to Defendants' Opposition to that motion. On October 26, 2027, the United States District Court for the Southern District of New York granted judgment on the pleadings for the plaintiff on several claims in *Comey v. United States Dep't of Justice*, __ F. Supp. 3d __, 2026 WL 3203254 (S.D.N.Y. Oct. 26, 2026). Among other things, the *Comey* court granted judgment for plaintiff on her separation-of-powers claim, finding that the removal of the plaintiff from her position as an Assistant United States Attorney based on the executive's alleged power under Article II "violated the separation of powers by encroaching on Congress's authority, under Articles I and II, to place limitations on the removal of inferior officers, which it exercised by enacting the CSRA." *Id.* at *20; *see also id.* at *12-*20 (discussing plaintiff's separation-of-powers claim). Plaintiffs previously cited *Comey* as one of many examples in which the government has asserted that Article II gives the President exclusive power to manage the civil service as he sees fit, and that to the extent Congress attempted to regulate the oversight and removal of career civil servants in the CSRA, those provisions of the CSRA are unconstitutional. Pls. Mem. of L. in Opp. To Defs. Mot.

to Dismiss (ECF No. 45) at 43 n.19.

Dated: October 28, 2026.

Respectfully submitted,

By: /s/ *Ori Lev*

PROTECT DEMOCRACY PROJECT
Ori Lev (D.C. Bar No. 452565)
Julia L. Torti*
Protect Democracy Project
2020 Pennsylvania Ave. NW, Suite #163
Washington, D.C. 20006
Tel: (202) 579-4582
Fax: (202) 769-3176
ori.lev@protectdemocracy.org
jules.torti@protectdemocracy.org

SELENDY GAY PLLC
Andrew R. Dunlap*
Corey Stoughton (D.C. Bar No. 472867)
Drake Reed*
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
adunlap@selendygay.com
cstoughton@selendygay.com
dreed@selendygay.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*